PERCIVAL R. IRVING et al., Respondents, *v.* WALTER IRVING,
Appellant.

*Irving* v. *Irving*, 90 Hun, 422, affirmed.
(Argued April 6, 1896; decided April 21, 1896.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made November 15,
1895, which affirmed an order of Special Term directing a
reference.

*Edward Mitchell* for appellant.

*Benjamin N. Cardozo* for respondents.

Order affirmed, with costs; no opinion.
All concur, except MARTIN, J., not voting.

---

In the Matter of the Application of LIZZIE RYAN O'CONNOR,
Respondent, to Compel Payment of Legacy, etc.; MAR-
GARET B. EDSON, as Executrix, Appellant.

*In re O'Connor*, 90 Hun, 284, affirmed.
(Argued April 6, 1896; decided April 21, 1896.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made November 15,
1895, which affirmed a surrogate's decree of New York county
directing the payment of a legacy.

*Philip S. Dean* for appellant.

*John M. Perry* for respondent.

Order affirmed, with costs, on opinion below.
All concur.